# United States District Court

**CENTRAL**     **DISTRICT OF**     **CALIFORNIA**

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

All funds on deposit in Wells Fargo checking account number 7097356492;
All funds on deposit in Wells Fargo checking account number 7733397918;
All funds on deposit in Wells Fargo savings account number 7918660858; and
All funds on deposit in Wells Fargo brokerage account number 38963458

**SEIZURE WARRANT**

**CASE NUMBER: 2:19-mj-00765**

TO: <u>Internal Revenue Service - Criminal Investigation ("IRS-CI")</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Todd E. Hardy</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds on deposit in Wells Fargo checking account number 7097356492;
All funds on deposit in Wells Fargo checking account number 7733397918;
All funds on deposit in Wells Fargo savings account number 7918660858; and
All funds on deposit in Wells Fargo brokerage account number 38963458

which are (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(a), (b), 982(b) and 21 § 853(e) and (f)

**concerning a violation of Title** <u>18</u> **United States Code, Section(s)** 1956 and 21 U.S.C.§ 841 and 846.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

<u>Well Fargo</u> is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the U.S. Department of the Treasury.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant through a filing with the Clerk's Office. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out above.

3-1-2019    2:00 pm
Date and Time Issued

Los Angeles, California
City and State

Hon. Alka Sagar, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

ALKA SAGAR

AUSA Jonathan Galatzan:aa

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3-1-19 | DATE AND TIME WARRANT EXECUTED<br>3-1-19; ≈ 3:00pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Ana Garcia |
| INVENTORY MADE IN THE PRESENCE OF<br>n/A | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Wells Fargo Bank will mail check for seized funds at a later date.

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.

Date: 3/4/19

_Todd Hardy_
Executing Officer's Signature

Todd Hardy, Special Agent
Printed Name and Title

AUSA Jonathan Galatzan:aa